CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 2 4 2009

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Action No. 3:96-cr-00053-1 |
| | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| | ) | Norman K. Moon |
| KAWONE KAREEM WALKER. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** as follows:

1. Walker's Motion to Vacate (Dkt. # 199) is **DENIED**;

2. The government's Motion to Dismiss (Dkt. # 212) shall be **GRANTED**;

3. This matter shall be **STRICKEN** from the active docket of the court; and

4. finding that Walker has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the petitioner and counsel for the Government.

ENTERED this 24 day of November, 2009.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE